**Order entered October 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00165-CV

### ESTATE OF LINDA JEAN WHETSTONE DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00142-3**

## ORDER

Before the Court is the motion of appellee Nancy Rhodes for an extension of time until November 21, 2018 to file her brief. Counsel for appellee has also advised the Court that counsel for appellant does not oppose the motion. Accordingly, we **GRANT** the motion. Appellee is **ORDERED** to file her brief on or before **November 21, 2018**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE